**Memorandum Concurring Opinion filed June 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-24-00262-CV

---

### IN RE TONI L. MINGO, Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
269th District Court
Harris County, Texas
Trial Court Cause No. 2023-54884**

## MEMORANDUM CONCURRING OPINION

On rehearing relator has filed a document that cures the procedural issue on which I previously dissented. I now join the majority on the merits of the petition for a writ of mandamus, which is to deny the petition.


/s     Charles A. Spain
         Justice

Panel consists of Justices Wise, Hassan, and Spain.